[No. 8123–3–I.   Division One.   March 2, 1981.]

*In the Matter of the Custody of*
NICHOLAS GLEBOFF JENKINS.

Appeal from a judgment of the Superior Court for King County, No. D–122023, Frank J. Eberharter, J., entered September 26, 1979. *Dismissed* by unpublished opinion per Callow, J., concurred in by Williams and Andersen, JJ.

[No. 3083–II.   Division Two.   March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ISSAC T. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3084, Terence Hanley, J., entered September 1, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3829–II.   Division Two.   March 2, 1981.]

NANCY J. ANDERSON, *Respondent,* v. RICHARD GORETTI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 263844, James V. Ramsdell, J., entered November 17, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 4039–II.   Division Two.   March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD EDWARD HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 781952, Gerry L. Alexander, J., entered March 30, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.